UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) CASE NO. 21-41227-TNAP |
| | ) |
| ROY DANIEL BASHAM | ) JUDGE TIIARA N.A. PATTON |
| | ) |
| | ) CHAPTER 7 |
| Debtor | ) |
| | ) **MOTION FOR TURNOVER** |

NOW COMES Andrew W. Suhar, Chapter 7 Trustee in the above-captioned proceeding ("Movant"), and pursuant to 11 U.S.C. §542(a), moves the Court for an order requiring the Debtor to turnover certain information with regard to a certain asbestos claim. In support hereof, Movant states as follows:

1. This case commenced by the filing of a voluntary petition under Chapter 7 of the Bankruptcy Code on November 12, 2021. Movant is the duly appointed, qualified and acting Chapter 7 Trustee in this proceeding.

2. The Debtor listed the asbestos claim in Schedule "B" of his bankruptcy schedules. Movant has been in contact with counsel regarding the asbestos claim and was advised that more information is needed from the Debtor so that a value can be determined.

3. Movant is requesting that the Debtor turnover all information related to the asbestos claim including all information previous requested in pursuit of the said claim.

WHEREFORE, Movant, Andrew W. Suhar, Chapter 7 Trustee, prays the Court enter an Order, substantially in the form attached hereto as Exhibit "A", requiring the Debtor, Roy Daniel Basham, to turnover all information related to the asbestos claim including all information previous requested in pursuit of the said claim. Movant further prays the Court grant him such other and further relief as the court deems appropriate.

Respectfully submitted,

/s/ Andrew W. Suhar
ANDREW W. SUHAR, ESQ. Reg. No.0058419
Chapter 7 Trustee
29 East Front Street, 2nd Floor
P.O. Box 1497
Youngstown, Ohio 44501-1497
Telephone: (330) 744-9007
Facsimile: (330) 744-5857
E-mail: asuhar@suharlaw.com

2

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 21st day of March, 2022, a true and correct copy of the **Motion for Turnover** was served:

**Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Office of the United States Trustee at (Registered address)@usdoj.gov

John N. Zomoida, Jr on behalf of Debtor Roy Daniel Basham
John@Anthony-Zomoida.com

**Via regular U.S. Mail, postage prepaid, to:**

Roy Daniel Basham
4829 Oak Knoll Drive
Youngstown, OH 44512

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

                                                /s/ Andrew W. Suhar
                                                ANDREW W. SUHAR, ESQ. Reg. No.0058419
                                                Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-41227-TNAP |
| | ) | |
| ROY DANIEL BASHAM | ) | JUDGE TIIARA N.A. PATTON |
| | ) | |
| | ) | **CHAPTER 7** |
| Debtor | ) | |
| | ) | **ORDER FOR TURNOVER** |
| | ) | |

  This matter came before the Court upon the motion of the Chapter 7 Trustee for an order requiring the Debtor to turnover certain information with regard to a certain asbestos claim listed in the Debtor's bankruptcy schedules. Based upon the information contained in the Trustee's Motion, and for cause shown, the Motion shall be and is hereby granted.

  The Debtor listed a certain asbestos claim in Schedule "B" of his bankruptcy schedules. The Trustee has been in contact with counsel regarding the asbestos claim and was advised that more information is needed from the Debtor so that a value can be

determined. The Trustee is requesting that the Debtor turnover all information related to the asbestos claim including all information previous requested in pursuit of the said claim.

The Notice of Filing of Motion for Turnover set a deadline of November 30, 2020, for the Debtor to respond to the Trustee's Motion. All interested parties were properly served, an no party objected or otherwise appeared in opposition to the Motion.

The Court finds the Trustee's Motion well taken and the same is hereby GRANTED. It is therefore ORDERED that within thirty (30) days from the date of this Order, the Debtor, Roy Daniel Basham, shall turnover all information related to the asbestos claim including all information previous requested in pursuit of the said claim.

**IT IS SO ORDERED.**

### ###

Submitted by:

/s/ Andrew W. Suhar
ANDREW W. SUHAR, ESQ. Reg. No. 0058419
Chapter 7 Trustee
29 East Front Street, 2nd Floor
PO Box 1497
Youngstown, Ohio 44501-1497
Telephone: 330-744-9007
Fax: 330-744-5857
Email: asuhar@suharlaw.com