IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 21-41227-tnap |
| | ) | |
| Roy Daniel Basham | ) | Chapter 7 |
| | ) | |
| | ) | Judge Tiiara N.A. Patton |
| Debtor(s) | ) | |

## NOTICE OF ZOOM HEARING
## REGARDING MOTION FOR TURNOVER

Andrew W. Suhar, Chapter 7 Trustee (the "Movant") has/have filed papers with the Court seeking approval of the Motion for Turnover (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before 4/4/2022, you or your attorney must:
File with the Court an objection/response at:

> United States Bankruptcy Court
> Nathaniel R. Jones Federal Building & U.S. Courthouse
> 10 East Commerce Street
> Youngstown, Ohio 44503-1621

If you mail your objection/response to the Court for filing, you must mail it early enough so the Court will **receive** it before the date stated above.

You must also mail a copy of your objection/response to:

Andrew W. Suhar, Chapter 7 Trustee at P.O. Box 1497, Youngstown, OH 44501-1497

Please take further notice that a **Zoom Video Conference Hearing** on the Motion will be held on 4/27/2022 at 10:00 a.m. prevailing Eastern Time, or as soon as thereafter as this matter may be heard, before the Honorable Tiiara N.A. Patton via the Zoom® Video Communications application ("Zoom"). To participate in and join the Zoom hearing, parties must pre-register by emailing Brandon Pasvanis at PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. Your hearing registration email must include the following information: (a) case name and case number; (b) the hearing date and time(s); (c) the participant's name, address, and telephone number; and (d) the name of party or parties whom participant represents.

All participants are required to appear by Zoom and comply with *Judge Tiiara N.A. Patton's Procedures for Video Conference Hearings via Zoom® Video Communications*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Brandon Pasvanis, Judge Patton's Courtroom Deputy, at (330) 742-0950 to

make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearings may be continued from time to time until completed without further notice except as announced in open court.

Dated: 3/21/2022

/s/ Andrew W. Suhar
Andrew W. Suhar, Esq. (#0058419)
29 E. Front St., 2nd Floor
P.O. Box 1497
Youngstown, OH 44501-1497
Telephone: (330) 744-9007
Facsimile: (330) 744-5857

Chapter 7 Trustee

# CERTIFICATE OF SERVICE

       I hereby certify that true copies of the foregoing *Notice of Zoom Hearing Regarding Motion for Turnover* was served by the following methods this 21st day of March, 2022 to the following parties:

**Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Office of the United States Trustee at (Registered address)@usdoj.gov

John N. Zomoida, Jr on behalf of Debtor Roy Daniel Basham
John@Anthony-Zomoida.com

**Via regular U.S. Mail, postage prepaid, to:**

Roy Daniel Basham
4829 Oak Knoll Drive
Youngstown, OH 44512

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

                                                    By: /s/ Andrew W. Suhar
                                                        Andrew W. Suhar, Esq. (#0058419)
                                                        Chapter 7 Trustee